IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES F. RAVILIOUS,
   Plaintiff

vs.     Civil Action No.: AMD 02-3503

THE TRAVELERS INS. CO., et al.,
   Defendants

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant, it is, this 10th day of January, 2003,

ORDERED that plaintiff show good cause within 21 days of the date of this order why the complaint should not be dismissed as to the above named defendant(s) without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/s/ Andre M. Davis
ANDRE M. DAVIS
United States District Judge

U.S. District Court (Rev. 1/2000)

