IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES F. RAVILIOUS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 02 cv 3503 |
| THE TRAVELERS INSURANCE COMPANY, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION OF EXTENSION OF TIME**

The Plaintiff and the Defendants, by their undersigned counsel, stipulate and agree that all defendants shall have an extension of time within which to respond to the Complaint to and including April 17, 2003.

| | |
|---|---|
| */s/ Charles F. Fuller* | */s/ J. Snowden Stanley, Jr.* |
| Charles F. Fuller, Fed. Bar #0557 | J. Snowden Stanley, Jr., Fed Bar #00059 |
| McChesney & Dale | Semmes, Bowen & Semmes |
| 4000 Mitchellville Rd., Suite B222 | 250 West Pratt Street |
| Bowie, Maryland 20716 | Baltimore, Maryland 21201 |
| (301) 805-6080 | (410) 539-5040 |
| | |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

**ORDER**

The foregoing Stipulation is hereby approved.

Date_____        _____
                                                                Judge, United States District Court
                                                                 For the District of Maryland

(B0329210.WPD;1)