IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES F. RAVILIOUS          *

    Plaintiff          *

v.          *   Civil Action No.: AMD 02 cv 3503

THE TRAVELERS INSURANCE          *
  COMPANY, et al.
          *

    Defendants

          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff and the Defendants, by their undersigned counsel, stipulate and agree that the above-referenced matter shall be dismissed without prejudice.

| | |
|---|---|
| **/s/ Charles F. Fuller** | **/s/ J. Snowden Stanley, Jr.** |
| Charles F. Fuller, Fed. Bar #0557 | J. Snowden Stanley, Jr., Fed Bar #00059 |
| McChesney & Dale | Semmes, Bowen & Semmes |
| 4000 Mitchellville Rd., Suite B222 | 250 West Pratt Street |
| Bowie, Maryland 20716 | Baltimore, Maryland 21201 |
| (301) 805-6080 | (410) 539-5040 |
| | |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

## ORDER

The foregoing Stipulation is hereby approved.

Date_____          _____
                                                       Judge, United States District Court
                                                        For the District of Maryland

(B0331676.WPD;1)