IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES F. RAVILIOUS | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD 02 cv 3503 |
| THE TRAVELERS INSURANCE COMPANY, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff and the Defendants, by their undersigned counsel, stipulate and agree that the above-referenced matter shall be dismissed without prejudice.

| | |
|---|---|
| **/s/ Charles F. Fuller** | **/s/ J. Snowden Stanley, Jr.** |
| Charles F. Fuller, Fed. Bar #0557 | J. Snowden Stanley, Jr., Fed Bar #00059 |
| McChesney & Dale | Semmes, Bowen & Semmes |
| 4000 Mitchellville Rd., Suite B222 | 250 West Pratt Street |
| Bowie, Maryland 20716 | Baltimore, Maryland 21201 |
| (301) 805-6080 | (410) 539-5040 |
| | |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

## ORDER

The foregoing Stipulation is hereby approved.

Date\_\_\_May 12, 2003_____       /s/Andre M. Davis_____
                                         Judge, United States District Court
                                          For the District of Maryland

(B0331676.WPD;1)